UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 07-53 |
| ROBERT TAYLOR | SECTION "N" |

### ORDER AND REASONS

Before the Court is the "Title 28 U.S.C. 2255 Motion to Vacate Set Aside or Correct Sentence" (Rec. Doc. 160) brought by Petitioner Robert Taylor. This motion is opposed by the Government. (See Rec. Doc. 170). After considering the memoranda filed by the parties, the record, and the applicable law,

**IT IS ORDERED** that, for substantially the same reasons as stated by the Government in its "Opposition to Defendant's Motion for Post-Conviction Relief Pursuant to 28 U.S.C. § 2255" (Rec. Doc. 170), **Taylor's "Title 28 U.S.C. 2255 Motion to Vacate Set Aside or Correct Sentence" (Rec. Doc. 160)** is **DENIED** without an evidentiary hearing.

New Orleans, Louisiana, this 27th day of January, 2011.

**KURT D. ENGELHARDT**
**United States District Judge**